# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

**U.S.A. vs. Joel De La Torre**　　　　　　　　　　　　　　　　**Docket No. 5:15-CR-83-1BO**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linwood E. King, probation officer of the court, presenting an official report upon the conduct of defendant, Joel De La Torre, who was placed under pretrial release supervision by the Honorable Terrence W. Boyle, U.S. District Judge, sitting in the Court at Raleigh, NC, on the 16th day of April, 2015, under the following conditions:

- Submit to supervision by and report for supervision to the U.S. Probation Office as directed.

- Surrender any passport to the U.S. Probation Office.

- Abide by the following restrictions on personal association, place of abode, or travel: EDNC, Northern District of Illinois, and District of Minnesota.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is being supervised by U.S. Pretrial Officer Tiffany A. Minarik in the Northern District of Illinois. For officer safety reasons, USPO Minarik requested that the defendant not be allowed to possess a firearm and surrender his (FOID) card permitting him to possess firearms in the State of Illinois.

To assist the U.S. Probation Office in appropriate supervision of De La Torre, we recommend modification of the defendant's release conditions to reflect these requested restrictions.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the bond release conditions be modified as follows:

1. The defendant shall not possess a firearm, destructive device, or other weapon.

2. The defendant shall surrender his FOID card (permit to own a weapon in the State of Illinois).

Joel De La Torre
Docket No. 5:15-CR-83-1BO
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the Foregoing is true and correct. |

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

/s/Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8682
Executed on: May 29, 2015

### ORDER OF COURT

Considered and ordered this __31__ day of __May__, 2015, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge